# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

133725

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RICHARD PERRY BRYANT,
     Defendant-Appellant.

SC: 133725
COA: 247039
Wayne CC: 02-005508

_____/

On order of the Court, the application for leave to appeal the March 6, 2007 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether testimony about Anthony Covington's statements to police constituted inadmissible testimonial hearsay within the meaning of *Crawford v Washington*, 541 US 36; 124 S Ct 1354; 158 L Ed 2d 157 (2004), and *Davis v Washington*, 547 US 813; 126 S Ct 2266; 165 L Ed 2d 224 (2006).

The Criminal Defense Attorneys of Michigan, the Prosecuting Attorneys Association of Michigan, and the Criminal Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008

_____
Clerk

p0910